UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:

      DAVID A. BAUM                      Case No. 1-14-42585-ess
      *aka* DAVID BAUM, and
      MIREILLE BAUM,

              Debtors.

----------------------------------------------------------------x

### ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the Motion, filed on October 3, 2017 (the "Motion") and as supplemented pursuant to an Affidavit in Support of the Motion filed on November 20, 2017, upon behalf of Nationstar Mortgage, LLC (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in the property located at 2295 East 14th Street Brooklyn, NY 11229 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on November 21, 2017; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby:

~~ORDERED that the Motion is granted as provided herein; and it is further~~

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is ~~vacated~~ ***modified*** under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the ~~Creditor's enforcement of its rights in, and remedies in and to,~~ ***Creditor to pursue its rights under applicable law with respect to*** the

Property, including, without limitation, loss mitigation, foreclosure and eviction proceedings; and it is further

ORDERED that the Creditor shall promptly report and turn over to the Trustee any surplus monies realized upon *a* sale of the Property.; and it is further

ORDERED that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.



**Dated: Brooklyn, New York**
**November 29, 2017**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**