WAYNE GREENWALD, P.C.
*Attorneys for the Debtors,*
*David A. Baum And Mireille Baum*
475 Park Avenue South - 26th Floor
New York, New York 10016
212-983-1922

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re                                                                                                   Case No.: 1-14-42585-ess
                                                                                                        Chapter 7

**David A Baum and Mireille Baum,**

                      Debtors.

-----------------------------------------------------------X

<u>PROOF OF SERVICE</u>

Tiffany Wright declares:

1. I am not a party in this case, am over the age of 18 years, and reside in Bronx County, New York.

2. On May 30, 2019 I served a copy of the debtors verified Motion for Orders Pursuant to 11 U.S.C. 522(f) (1) (A) Avoiding a Judicial Lien Impairing the Debtors Homestead Exemption, With Points and Authorities by Debtor by ECF to:

    Mark K Broyles on behalf of Creditor Nation Star Mortgage, LLC.
    broylesmk@rgcattys.com, weinhartr@rgcattys.com
    Debra Kramer
    dkramer@kramerpllc.com;trustee@kramerpllc.com, ny73@ecfcbis.com
    Saul Oscar Leopold on behalf of Creditor Trinity Financial Services, LLC
    sleopold@leopoldassociates.com, lsinger@leopoldassociates.com;mmorais@leopoldassociates.com
    Office of the United States Trustee
    USTPRegion02.BR.ECF@usdoj.gov
    Michael Adam Samuels on behalf of Defendant Nationstar Bank
    bkyecf@rasflaw.com

3. I declare the foregoing statements of fact to be true and correct under penalties of perjury, pursuant to 28 U.S.C §1746.

Dated: New York, New York

July 17, 2019

_____
Tiffany Wright